John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 826099

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-11972 | 104-0 | PEDRO S GUERRERO<br>Original Check written to:<br>GALINOS AUTO SALES<br>2009 N. MAIN<br>HOUSTON, TX  77009- | O | 0.00 | 1,138.58 | 0.00 | 1,138.58 |
| 05-18013 | 007-0 | SONJA M. BROWN<br>Original Check written to:<br>DEVON EMERGENCY PHYSICIANS<br>C/O NCO FINANCIAL SYSTEMS, INC.<br>P O BOX 41567<br>PHILADELPHIA, PA  19101- | xxxxxxxxxxxxxxxxxxx7641 | 110.01 | 41.99 | 0.00 | 41.99 |
| 06-10325 | 004-0 | ROBERT T. BISKAMP, JR.<br>Original Check written to:<br>WELLS FARGO AUTO FINANCE<br>ASSET RECOVERY MANAGEMENT<br>P O BOX 30095<br>WALNUT CREEK, CA  94598 | 9001 | 5,542.95 | 1,039.76 | 0.00 | 1,039.76 |
| 06-10325 | 005-0 | ROBERT T. BISKAMP, JR.<br>Original Check written to:<br>WELLS FARGO BANK<br>LOSS RECOVERY CENTER<br>P O BOX 30095<br>WALNUT CREEK, CA  94598 | xxxxxxx9127 | 11,584.01 | 2,172.96 | 0.00 | 2,172.96 |
| 07-10067 | 022-0 | THELMA B. SMITH<br>Original Check written to:<br>BANK OF AMERICA<br>RECOVERY MANAGEMENT MD4-301-16-01<br>225 NORTH CALVERT STREET<br>BALTIMORE, MD  21202- | xxxxxxx5348 | 188.69 | 18.77 | 0.00 | 18.77 |
| 07-10078 | 013-0 | REAGAN D. HERRING<br>Original Check written to:<br>HULL STATE BANK<br>P O BOX 326<br>HULL, TX  77564 | x4215 | 0.00 | 401.89 | 18.60 | 420.49 |
| 07-90398 | 014-0 | BETTY S. SMITH<br>Original Check written to:<br>HMN LENDING LP<br>C/O THRIFTY LOANS<br>2950 S. JOHN REDDITT, ST 104<br>LUFKIN, TX  75901- | 9085 | 302.47 | 32.31 | 0.00 | 32.31 |